448 A.2d 1175

Commonwealth v. Turner, Appellant.

Petition for Allowance of Appeal Denied Oct. 8, 1982.

Submitted May 20, 1981. David G. Metinko, Assistant Public

Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before HESTER, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.